UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS TRICE,<br><br>          Plaintiff,<br><br>     v.<br><br>MARK BENSON,<br><br>          Defendant. | Case No.  19-cv-06324-VC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; DISMISSING COMPLAINT**<br><br>Re: Dkt. No. 3 |

Markus Trice's motion for leave to proceed in forma pauperis is granted. His complaint, which challenges a bankruptcy court order, fails to state a claim on which relief may be granted. His case is therefore dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B). Trice is given leave to amend his complaint to state a valid claim, if he believes in good faith that he can do so. Trice is encouraged to contact the Legal Help Center at (415) 782-8982 before filing a new complaint.

If Trice wishes to file an amended complaint, he must do so within 21 days of this order. Service of the amended complaint, if any, will be addressed upon filing of the amended complaint.

**IT IS SO ORDERED.**

Dated: October 17, 2019

_____
VINCE CHHABRIA
United States District Judge