UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARKUS TRICE,

               Plaintiff,

    v.

MARK BENSON,

               Defendant.

Case No. 19-cv-06324-VC

**ORDER DIRECTING CLERK TO CLOSE CASE**

Re: Dkt. No. 4

In a prior order, the Court dismissed Trice's complaint with leave to amend for failure to state a claim. *See* Dkt. No. 4. Trice did not amend his complaint or otherwise respond to the order. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 9, 2019

VINCE CHHABRIA
United States District Judge